AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America )<br>v. )<br>CYRIL LAURENCE LARTIGUE )<br> )<br> )<br> )<br> )<br>*Defendant(s)* | Case No.<br>1:20-MJ-501-AWA |

**FILED**

6/8/2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 30, 2020** in the county of **Travis** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. Section 5861(d) | Possession of a firearm (destructive device) which is not registered to the defendant in the National Friearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Reynaldo Alatorre
*Complainant's signature*

Reynaldo Alatorre Jr., ATF Special Agent
*Printed name and title*

Sworn to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 06/08/2020

*Judge's signature*

City and state: Austin, Texas

Andrew W. Austin, United States Magistrate Judge
*Printed name and title*