UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| vs. | § | NO:  AU:20-M -00501(1)-RP |
| | § | |
| (1) Cyril Laurence Lartigue | § | |

## ORDER

The Court, having reviewed the record in this case, including listening to a recording of the hearing before the magistrate judge and viewing the evidence presented at that hearing, concurs with the findings of the magistrate judge that the government has failed to meet its burden of demonstrating that there are no conditions that can be imposed that can insure the safety of the community and assure the appearance of the defendant.

The Court further finds that the conditions imposed by the magistrate judge are reasonable and appropriate in light of the facts established at the hearing.

Accordingly, the order of the magistrate judge is hereby AFFIRMED and the government's appeal pursuant to 18 U.S.C. Section 3145(a) is hereby DENIED.

Signed this 19th day of June, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE